```
 1
 2
 3
 4
 5
 6
 7
 8
 9                      IN THE UNITED STATES DISTRICT COURT
10                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
11  EMANUEL ANTHONY MILLER,        )     No. C 10-5746 LHK (PR)
                                   )
12           Petitioner,            )    JUDGMENT
                                   )
13     v.                           )
                                   )
14  MATTHEW CATES,                  )
                                   )
15           Respondent.            )
                                   )
16
```

      The Court has dismissed the instant petition for writ of habeas corpus without prejudice.  A judgment of dismissal without prejudice is entered.  The Clerk shall close the file.

      IT IS SO ORDERED.

DATED:   1/31/11

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.10\Miller746jud.wpd